United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DAVID KAKHIDZE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-136 |
| § | |
| FRANCISCO VENEGAS, § | |
| § | |
| Respondent. § | |

# ORDER

In July 2025, Petitioner David Kakhidze filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his continued immigration custody. (Petition, Doc. 14) An immigration judge had issued a final removal order on February 20, 2025, but Kakhidze remained in custody in the United States when he filed his lawsuit. (*Id.*)

A Magistrate Judge recommends the dismissal of the petition as not ripe and subject to dismissal for lack of subject matter jurisdiction. (R&R, Doc. 16) The Report and Recommendation primarily relies on the principle that challenges to continued post-removal-period detention are considered premature until after six months have passed. *See Zadvydas v. Davis,* 533 U.S. 678, 701 (2001); *Agyei-Kodie v. Holder*, 418 F. App'x 317, 318 (5th Cir. 2011).

No party filed objections to the Report and Recommendation, and the Court finds no plain error within it. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 16). It is:

**ORDERED** that Petitioner David Kakhidze's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 14) is **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this matter.

Signed on August 20, 2025.

                                                     _____
                                                     Fernando Rodriguez, Jr.
                                                     United States District Judge